# Schedule A
# For Patent No. D967,340



FIG. 1

| Def. # | Seller Name | Seller Store ID | Seller Product ID(s) | Marketplace |
|---|---|---|---|---|
| 1 | VOTON | A2MMDCAIGSYNSB | B0CXMNW1H9<br>B0CXMP46ZM<br>B0DCTLTZ29 | Amazon.com |
| 2 | FORIOUS-USA | A3UB46L7YYUHS1 | B0D9RMF5XG<br>B0D9RLBSVX<br>B0DYTVF7FF | Amazon.com |
| 3 | AVSIILE | 133H6V3I2TMYR | B0CL9BB172<br>B0CL9BKH3H<br>B0DH1RKVZG<br>B0CL9BB14Q | Amazon.com |
| 4 | Tai Doo | A1SAS6NQX1QWIS | B0F265K5NN<br>B0F2665FQD<br>B0F267HT7C | Amazon.com |
| 5 | DOLGABA HOME | A22G4MYAJJLFVT | B0CCCVGP7G<br>B0C744WGXN | Amazon.com |
| 6 | RUMOSE | A5PJSI95M0FZO | B0CT526L1P<br>B0DBLHJWQP<br>B0CZNKC4PV<br>B0CZNCT7L4<br>B0CZNKPMTF<br>B0FF1Z4VBK | Amazon.com |

| Def. # | Seller Name | Seller Store ID | Seller Product ID(s) | Marketplace |
|---|---|---|---|---|
|  |  |  | B0FF1MC7BK B0FCBQB8HJ |  |
| 7 | Besdor | A2EHQOPNS7QHPN | B0DL5P624W | Amazon.com |
| 8 | Dehebathroom | A2JY7PQQ05U9R6 | B0C5H54CQ1 B0DBVCMXK8 B0C5H853ZR B0D48YKRH8 | Amazon.com |
| 9 | Jiatianxia us | APTA05WT6CO8S | B0DY819MM3 B0DY7Z3VPW B0D48YKRH8 | Amazon.com |
| 10 | Kyatinsal | A149HEQGNM65A | B0DQBSVZV4 B0D3FV96P3 | Amazon.com |
| 11 | GGStudy | AOTLIU12ZH4N6 | B0B8QZLKPC B0BBMTV32X | Amazon.com |
| 12 | Rzoeox | ACN13K8E08FS8 | B0CNPPTDKR B0CNPPWG9F B0CNPPKXHW | Amazon.com |
| 13 | Xiangnaier | A1UE0SPYZUDEC7 | B0DJQD22QD B0DJQDS3VH B0DJQDQG4W B0D45QY963 B0FNKDQNPY B0D45M5K45 B0D45P3Q9L | Amazon.com |
| 14 | RUITHOE Store | A2VB2SCY8HXC | B0DDBDZZXQ B0DGXJ48M8 B0DDB6F27T B0DDB6J48Z | Amazon.com |
| 15 | VIKASIBATH | A2H0U52OFQZZ97 | B0C6G8KGHV B0C6GFF3FY B0C6G9GJQZ | Amazon.com |
| 16 | Kaiping City Londen Sanitary Ware Co.,ltd | AV2WSJ1CZEVBC | B0DPF9TQR7 | Amazon.com |
| 17 | Skybathjoy | A1P9MFLK5DENP4 | B0CGTXVSH6 B0DR1QXJ76 B0F4QVFV82 | Amazon.com |
| 18 | UFINE | ufine-b75682 | 86535596 86535597 86535598 | Wayfair.com |

| Def. # | Seller Name | Seller Store ID | Seller Product ID(s) | Marketplace |
|---|---|---|---|---|
| 19 | Mingdiushop Leaf | 634418224027827 | 601101690834012 | Temu.com |
| 20 | PHAMKG | | 602306061954461<br>602381223873385 | Temu.com |
| 21 | HGBYUGB | | 601101689220220 | Temu.com |

# Schedule A
# For Patent No. D983,326



| Def. # | Seller Name | Seller Store ID | Seller Product ID(s) | Marketplace |
|---|---|---|---|---|
| 22 | FRANSITON | ANV6ZRITDT8HG | B0CCNXY1WF<br>B0CTKLZ7XS<br>B0CCP1M6RP | Amazon.com |
| 23 | ODM Sanitary Ware Store | AXPSA843YDTDP | B0CDWPDWTR<br>B0D6NBQFGB<br>B0CDWQPKSN<br>B0CDWV38P5 | Amazon.com |
| 2 | FORIOUS-USA | A3UB46L7YYUHS1 | B0DJQW1DJ6<br>B0DJQWDQDN<br>B0DJQVVDDN | Amazon.com |