IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| HESHAN JIAHOJIA SANITARY WARE INDUSTRY, CO., LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> DEFENDANTS. | Civil Action No. 3:25-cv-00845-MHL |

NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Schedule A Defendants No. 19 Mingdiushop Leaf, No. 20 PHAMKG, No. 21 HGBYUGB without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. None of these Defendants have answered or filed a motion for summary judgement.

November 21, 2025

Respectfully submitted,

__/s/   Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534
*Attorneys for Plaintiff*

SO ORDERED

___/s/___
M. Hannah Lauck
United States District Judge

11/21/2025